Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FLOYD SWEET, Respondent, against MARTIN CANTINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MATHIAS HOLLWEGER, Respondent, against THE BARCLAY PARK CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of LOUISA STEFFINS, Respondent, against SEYMOUR APARTMENT CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of RICHARD ANDERSON, Respondent, against ABBOTT-CHENEY PAPER CORPORATION, Appellant, and UNITED STATES CASUALTY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— The decision of the State Industrial Board, which modified the decision of the referee so as to relieve the insurance carrier of liability, is reversed, and the decision of the referee affirmed, on the authority of *Matter of Wingen* v. *Fleischman* (252 N. Y. 114), with costs to the appellant against the respondent insurance carrier.

In the Matter of the Claim of GLADYS MCDONALD, Respondent, against WORTHINGTON PUMP AND MACHINERY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of LOUIS FRANK, Respondent, against G. R. WIGNALL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FREELAND WHITE, Appellant, against BARR & MUDGE and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and matter remitted, with costs to claimant against the State Industrial Board to abide the event, on the ground that claimant was not an independent contractor. All concur.

ALBERT CONWAY, Superintendent of Insurance of the State of New York, as Liquidator of the EMPIRE STATE MUTUAL INSURANCE COMPANY, Appellant, v. FLATIRON WINDOW CLEANING Co., INC., Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that change of the place of trial from the county of Albany to the county of New York would not promote the ends of justice. All concur.

ALBERT CONWAY, Superintendent of Insurance of the State of New York, as Liquidator of the EMPIRE STATE MUTUAL INSURANCE COMPANY, Appellant, v. JACK SCHOENBAUM, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that change of the place of trial from the county of Albany to the county of New York would not promote the ends of justice. All concur.

FRANCIS R. STODDARD, JR., Superintendent of Insurance of the State of New York, as Liquidator of the STANDARD AUTOMOBILE MUTUAL CASUALTY COMPANY, Respondent, v. MICHAEL F. BREEN, Appellant.— Order affirmed. All concur,